**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY HILKENE, CHURCHILL IN CRESTWOOD, LLC DBA CHURCHILL IN FAIRWAY,<br><br>    Plaintiffs,<br><br>    vs.<br><br>STEVENS WORLDWIDE VAN LINES; NL WILSON MOVING, INC. and DOES 1 through 40,<br><br>    Defendants.<br><br>AND RELATED CLAIMS. | Case No. 5:20-cv-2122 SVW (KKx)<br><br>Honorable Stephen V. Wilson<br><br>ORDER RE DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE<br><br>TRIAL DATE: 9/14/2021 |

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that the entire action, including the Second Amended Complaint and the Cross-Claim, be and hereby is dismissed with prejudice, with each party to bear its own costs and fees.

DATED: July 7, 2021

_____
HONORABLE STEPHEN V. WILSON

- 1 -

[Proposed] Order re: Dismissal of the Entire Action with Prejudice